UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES CASE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HERTZ CORPORATION,<br><br>　　　　　Defendant. | Case No.　15-cv-02707-BLF<br><br>**ORDER GRANTING APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO DEATH IN FAMILY**<br><br>[Re: ECF 36] |

The parties in the above-captioned action are currently scheduled to appear for case management on October 29, 2015. Due to a death in the family of Defendant's lead counsel, the parties jointly request to continue the case management conference. The Court GRANTS the request. The case management conference is CONTINUED to November 12, 2015 at 11:00 AM.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge