# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JAMES CASE,

    Plaintiff,

v.

HERTZ CORPORATION,

    Defendant.

Case No. 15-cv-02707-BLF

**ORDER SCHEDULING MOTION TO DISMISS OR STAY FOR MARCH 17, 2016**

The Court held a Case Management Conference for this case and a related case, *Lee et al. v. Hertz Corp. et al.*, 5:15-cv-04562-BLF, on December 17, 2015. At the CMC, the parties jointly requested that the Court reschedule the Motion to Stay pending in *Lee* ("*Lee* Motion"), currently set for March 17, 2016, to January 21, 2016, the date on which the parties intend to argue a Motion to Dismiss or Stay in this case ("*Case* Motion").

The parties had not reserved the January 21, 2016 hearing date, contrary to this Court's Standing Order Re Civil Cases. *See id.* at C.1. Unaware that the parties had not reserved the date, the Court granted the parties' request to schedule both hearings for January 21, 2016.

Given that the date was unreserved, the Court VACATES the January 21, 2016 hearing date for both motions and SCHEDULES the *Lee* Motion and the *Case* Motion for March 17, 2016 at 9:00 AM.

**IT IS SO ORDERED.**

Dated: December 17, 2015

_____
BETH LABSON FREEMAN
United States District Judge