# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

JAMES CASE,

    Plaintiff,

v.

HERTZ CORPORATION,

    Defendant.

Case No. 15-cv-02707-BLF

**ORDER SCHEDULING MOTION TO DISMISS OR STAY FOR JANUARY 21, 2016**

On December 17, 2015, the Court issued an order scheduling the pending Motion to Stay or Dismiss in this case ("*Case* Motion") and the pending Motion to Stay in a related case, *Lee et al. v. Hertz Corp. et al.*, 5:15-cv-04562-BLF ("*Lee* Motion"), for March 17, 2016 because the requested date of January 21, 2016 had not been reserved. Counsel has provided an e-mail exchange showing he had reason to believe that the January 21, 2016 hearing date had been reserved. *See* ECF 50. Accordingly, the Court SCHEDULES the *Lee* Motion and the *Case* Motion for January 21, 2016 at 9:00 AM.

**IT IS SO ORDERED.**

Dated: December 18, 2015

_____
BETH LABSON FREEMAN
United States District Judge