NICHOLS KASTER, LLP
Matthew C. Helland, SBN 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

BERGER & MONTAGUE, P.C.
E. Michelle Drake, MN Bar No. 0387366*
emdrake@bm.net
Joseph C. Hashmall, MN Bar No. 392610*
jhashmall@bm.net
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
*admitted *pro hac vice*

OUTTEN & GOLDEN LLP
Jahan C. Sagafi, SBN 227887
jsagafi@outtengolden.com
Katrina L. Eiland, SBN 275701
keiland@outtengolden.com
One Embarcadero Center, 38th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810

*Attorneys for Plaintiff and
proposed Class Members*

NIXON PEABODY LLP
Robert A. Dolinko (SBN 76256)
rdolinko@nixonpeabody.com
Matthew J. Frankel (SBN 256633)
mfrankel@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Telephone: 415-984-8200
Facsimile: 415-984-8300

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CASE, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | Case No.:5:15-cv-02707-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER ~~VACATING~~ CONTINUING THE CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE**<br><br>Judge: Hon. Beth Labson Freeman |

1   WHEREAS, the parties agree to vacate the Case Management Conference in this
2   matter, which is scheduled for July 28, 2016, at 11:00 a.m. (ECF No. 68);

3   WHEREAS, Plaintiff wishes to file an amended complaint in this action following
4   the U.S. Supreme Court's decision in *Spokeo, Inc. v. Robins,* 136 S. Ct. 1540 (2016);

5   WHEREAS, Plaintiff has provided Defendant a redlined copy of a proposed
6   amended Complaint;

7   WHEREAS, Defendant consents to Plaintiff filing such an amended complaint
8   without waiving its right to challenge any factual or legal contention therein;

9   WHEREAS, Plaintiff agrees to file an amended Complaint by July 15, 2016;

10  WHEREAS, Defendant agrees to file its response to the amended Complaint by
11  August 18, 2016;

12  WHEREAS, should Defendant file a motion in response to the amended
13  Complaint, Plaintiff agrees to file his opposition to such motion by September 8, 2016;

14  WHEREAS, Defendant agrees to reply to Plaintiff's opposition by September 22,
15  2016;

16  THEREFORE, the parties jointly request that the Case Management Conference
17  be vacated and this briefing schedule be adopted by the Court.

18  IT IS SO STIPULATED.

19  Dated: July 14, 2016                OUTTEN & GOLDEN LLP
20
21                                      By:  */s/ Jahan C. Sagafi*
                                        Jahan C. Sagafi (SBN 224887)
22                                      jsagafi@outtengolden.com
                                        Katrina L. Eiland (SBN 275701)
23                                      keiland@outtengolden.com
                                        One Embarcadero Center, 38th Floor
24                                      San Francisco, CA 94111
                                        Telephone: (415) 638-8800
25                                      Facsimile: (415) 638-8810

26                                      BERGER & MONTAGUE, P.C.
                                        E. Michelle Drake, MN Bar No. 0387366*
27                                      emdrake@bm.net
                                        Joseph C. Hashmall, MN Bar No. 392610*
28
                                        -2-
STIPULATION AND [PROPOSED] ORDER VACATING THE PROPOSED ORDER AND
                    SETTING BRIEFING SCHEDULE
                    Case No. 5:15-cv-02707-BLF

4823-9771-6020.2

jhashmall@bm.net
100 South Fifth St., Suite 1900
Minneapolis, MN 55402
Phone: (215) 875-3000
Fax: (215) 875-4604
*admitted *pro hac vice*

NICHOLS KASTER, LLP
Matthew C. Helland, SBN 250451
helland@nka.com
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

ATTORNEYS FOR PLAINTIFF AND
PROPOSED CLASS MEMBERS

Dated: July 14, 2016                     NIXON PEABODY LLP

By:  */s/ Robert A. Dolinko*
Robert A. Dolinko, SBN 76256
rdolinko@nixonpeabody.com
Matthew J. Frankel, SBN 256633
mfrankel@nixonpeabody.com
One Embarcadero Center, 18th Floor
San Francisco, CA 94111
Tel: 415-984-8200
Fax: 415-984-8300

ATTORNEYS FOR DEFENDANT

-3-
STIPULATION AND [PROPOSED] ORDER VACATING THE PROPOSED ORDER AND
SETTING BRIEFING SCHEDULE
Case No. 5:15-cv-02707-BLF

4823-9771-6020.2

### **ORDER**

Pursuant to the Stipulation of the parties, the ~~initial~~ Case Management Conference in the above-captioned action is ~~vacated~~ continued to November 17, 2016 and the briefing schedule set forth in the Stipulation is adopted.

It is SO ORDERED.

Dated:  July 15, 2016

_____
Hon. Beth Labson Freeman
UNITED STATES DISTRICT JUDGE

**ECF ATTESTATION**

I, Jahan C. Sagafi, am the ECF User whose ID and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER VACATING THE CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE. In compliance with Local Rule 5-1(i)(3), I hereby attest that Defendant's counsel, Robert A. Dolinko, has concurred in this filing.

Date: July 14, 2016    */s/ Jahan C. Sagafi*
                       Jahan C. Sagafi